**Denied and Opinion Filed November 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01300-CV

### IN RE STAN KEITH ODAM, Relator

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 07-1369-015**

# MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Carlyle

Before the Court is relator's petition for writ of mandamus by which he challenges a trial court order altering his parental custody, possession, and support rights and obligations. Entitlement to mandamus relief requires relator to show both that the trial court has clearly abused its discretion and that he has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the limited mandamus record provided to us, we conclude relator has not shown he is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

191300F.P05